```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :      16cr423 (DLC)
                                        :
              -v-                       :      ORDER
CHRISTOPHER LOPEZ, a/k/a "C-Stacks,"    :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the Government's letter dated April 27, 2022, it is hereby

ORDERED that a sentencing proceeding is scheduled for **May 12, 2022, at 11:00 AM** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that any sentencing submissions from the parties are due **May 9, 2022.**

IT IS FURTHER ORDERED that the Government's letter shall be filed under seal.

SO ORDERED:

Dated:   New York, New York
         April 27, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge