```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    16cr423 (DLC)
                                         :
             -v-                         :    ORDER
                                         :
CHRISTOPHER LOPEZ, a/k/a "C-Stacks,"     :
                                         :
                      Defendant.         :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the sentencing proceeding scheduled for May 12 is moved to **May 13, 2022 at 10:30 AM** in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
           April 29, 2022

                                            _____
                                               DENISE COTE
                                      United States District Judge