```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :      16cr423 (DLC)
                                          :
            -v-                           :      ORDER
CHRISTOPHER LOPEZ,                        :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on May 13, 2022, it is hereby

ORDERED that the defendant Christopher Lopez is resentenced to a term of time-served and shall be released from the custody of the U.S. Marshal forthwith.

SO ORDERED:

Dated:  New York, New York
        May 13, 2022

_____
DENISE COTE
United States District Judge